1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail:  tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          SOUTHERN DIVISION

11 THEODORE GERISH,                  )   CIVIL NO. SACV 14-1307-FFM
                                     )
12       Plaintiff,                  )   [~~PROPOSED~~] ORDER AWARDING
                                     )   EQUAL ACCESS TO JUSTICE ACT
13       v.                          )   ATTORNEY FEES PURSUANT TO
                                     )   28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN,                )
   Commissioner of Social Security,  )
15                                   )
         Defendant.                  )
16 _____ )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19 Justice Act Fees, IT IS ORDERED that fees in the amount of ONE THOUSAND NINE

20 HUNDRED DOLLARS [$1,900,00], as authorized by 28 U.S.C. § 2412(d), be awarded

21 subject to the terms of the Stipulation.

22

23

24 Dated: September 17, 2015
                                     /S/ FREDERICK F. MUMM
25                                   FREDERICK F. MUMM
                                     UNITED STATES MAGISTRATE JUDGE
26

27

28